# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whyte, Ronald M. | Northern District California | 05/18/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
280 S. First Street
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Intellectual Property Board of Advisors - George Washington Law School |
| 2. | Member | Santa Clara Law School IP Advisory Board |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/18/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National CLE Conference on IP | 01/04/2013-01/06/2013 | Aspen, CO | Patent Program | Reimbursement for food, travel and lodging |
| 2. | IP Law Summit | 03/21/2013-03/24/2013 | Colorado Springs, CO | Patent Conference | Reimbursement for food, travel and lodging |
| 3. | American Law Institute Conference on Patent Law | 05/29//2013-06/01/2013 | New York, NY | Patent Program | Reimbursement for food, travel and lodging |
| 4. | Sedona Conference | 10/09/2013-10/11/2013 | Del Mar, CA | Conference on Patent Law | Reimbursement for food, travel and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whyte, Ronald M.** | 05/18/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sacramento Utility Bond | A | Interest | | | Redeemed | 05/01/13 | J | A | |
| 2. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 4. Templeton Foreign Fund | C | Dividend | L | T | | | | | |
| 5. Dryden Cal Muni Fund (now Prudential) | B | Dividend | K | T | | | | | |
| 6. Pax World Fund | E | Dividend | N | T | | | | | |
| 7. First Eagle (Sogen) International Fund | D | Dividend | N | T | | | | | |
| 8. Bank of the West Acct | A | Interest | J | T | | | | | |
| 9. Bank of the West Acct | A | Interest | J | T | | | | | |
| 10. Condo, Blaine County, Ketchum, ID | D | Rent | N | S | | | | | |
| 11. Calamos Investment Trust Growth Fund | E | Dividend | M | T | | | | | |
| 12. von Weise Properties, LLC | E | Distribution | N | W | | | | | |
| 13. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 14. Pomona CA Bond | B | Interest | | | Redeemed | 02/01/13 | L | A | |
| 15. ML Bank Deposit | A | Interest | M | T | | | | | |
| 16. Reassure Annuity | D | Interest | M | T | | | | | |
| 17. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 19. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |
| 20. Dreyfus Appreciation Fund | B | Dividend | M | T | | | | | |
| 21. FIA Card Services NA | A | Interest | M | T | | | | | |
| 22. Pimco Short Term Fd. | B | Dividend | M | T | | | | | |
| 23. USAA Cornerstone Strat Fund | A | Dividend | J | T | | | | | |
| 24. Blackrock Global Alloc. Fund | D | Dividend | M | T | | | | | |
| 25. Currency Shares-Australian Dollars | A | Dividend | | | Sold | 09/12/13 | J | A | |
| 26. Currency Shares-Canadian ETF | A | Dividend | | | Sold | 09/12/13 | J | A | |
| 27. iShares Barclays 1-3 Year Credit | A | Dividend | K | T | | | | | |
| 28. iShares Barclays 1-3 Treas. | A | Dividend | K | T | | | | | |
| 29. Ivy Asset Strategy Fd | B | Dividend | L | T | | | | | |
| 30. Merck Hard Currency Fd | A | Dividend | K | T | | | | | |
| 31. Pimco Commody RR Strat. | B | Dividend | K | T | Sold (part) | 09/12/13 | K | A | |
| 32. Sector SPDR Utilities | B | Dividend | K | T | | | | | |
| 33. SPDR Gold Trust | | None | K | T | | | | | |
| 34. SPDRS P Div ETF | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/18/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard MSCI Emerg | A | Dividend | J | T | | | | | |
| 36. Wisdomtree Inv. Inc. | | None | J | T | | | | | |
| 37. ML Bank Deposit | A | Interest | J | T | | | | | |
| 38. ETFS Physical Prec. Metal | | None | J | T | Sold (part) | 09/12/13 | K | A | |
| 39. First Trust Global Copper | A | Dividend | K | T | Sold (part) | 09/12/13 | J | A | |
| 40. SPDR BD Int. Govt. Infl | A | Dividend | K | T | | | | | |
| 41. Blackrock Muni | B | Dividend | K | T | | | | | |
| 42. Healthcare Select SPDR | B | Dividend | L | T | | | | | |
| 43. Sector SPDR Consmrs STPL | B | Dividend | K | T | | | | | |
| 44. Sector SPDR Industrial Fund | A | Dividend | K | T | | | | | |
| 45. TIAA CRF Retirement Portfolio Fund | A | Interest | K | T | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/18/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 10: Ketchum ID condo's assessed value is $282,750.

Part VII, Item 47 is correctly described as Industrial Fund rather than Index Fund as indicaated on my 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. Whyte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544